UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  JS-6

| Case No. | CV11-5240-CAS(FFMx): *Ivy Pham v. County of Los Angeles* | Date | March 28, 2012 |
|---|---|---|---|
| Title | CV11-5249-CAS(FFMx): *Rylnn Smith-Thomas v. County of Los Angeles* <br> CV11-5251-CAS(FFMx): *Lela Bohannon v. County of Los Angeles* <br> CV11-5257-CAS(FFMx): *Kathy Q. Hao v. County of Los Angeles* <br> CV11-5264-CAS(FFMx): *Sidney Chow v County of Los Angeles* <br> CV11-8532-CAS(FFMx): *Jose' Obando v. County of Los Angeles* <br> CV11-8536-CAS(FFMx): *Mindy Kadolph v. County of Los Angeles* <br> CV11-8538-CAS(FFMx): *Jesse Rivas v. County of Los Angeles* <br> CV11-8540-CAS(FFMx): *Vardges Ohanian v. County of Los Angeles* <br> CV11-9764-CAS(FFMx): *Hripsime Hambartshyan v. County of Los Angeles* <br> CV11-9767-CAS(FFMx): *Craig Abe v. County of Los Angeles* <br> CV11-9773-CAS(FFMx): *Mardik Khudatyan v. County of Los Angeles* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Not Present

Attorneys Present for Defendants: Not Present

**Proceedings:** (IN CHAMBERS) - ORDER REMOVING ACTION FROM THE ACTIVE LIST OF CASES, PURSUANT TO SETTLEMENT.

THE COURT, having been notified by counsel that the above-entitled actions have been settled in January and February 2012;

IT IS HEREBY ORDERED that this action is hereby removed from this Court's active caseload until further application by the parties or order of this Court.

IT IS FURTHER ORDERED that counsel shall file a proper stipulation for dismissal or a joint report detailing settlement status within **60 days** and every quarter thereafter until a stipulation for dismissal is filed.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. All dates in this action are hereby **VACATED**.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |